UNITED STATES BANKRUPTCY COURT FOR THE
**EASTERN** DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

In re: Steve Loggins & Kim Rodriguez-Loggins

STATEMENT PURSUANT TO
LOCAL RULE 2017-1

Debtor.

-------------------------------------------------------------------- X

I, KEVIN B. ZAZZERA, an attorney admitted to practice in the United States District Court, Eastern District of New York sates the following:

1. I am the attorney for the above-captioned Debtor and am fully familiar with the facts herein.

2. That prior to the filing of the Petition herein, I rendered the following service to the above-named Debtor:

   (a) November 3, 2017, initial interview, analysis, 1.5 hours;
   (b) April 13, 2018, preparation of Petition and all Schedules in draft, 2.5 hours;
   (c) May 8, 2018, typing by secretary of all Petitions and Schedules, 2 hours;
   (d) May 15, 2018, reviewed all Petition Schedules with Petitioner, 1.5 hours;
   (e) May 16, 2018, reviewed corrected Schedules with Petitioner and same were executed, 1.5 hours;
   (f) Anticipated time in Court.

3. I will represent the Debtor at the first meeting of creditors.

4. All services rendered prior to the filing of the Petition herein were rendered by my office.

5. That my usual rate of compensation of a bankruptcy matter of this type is $375.00 per hour and secretarial time is $75.00 per hour.

Dated May 16, 2018

KEVIN B. ZAZZERA ( KZ 3593)